**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**JASON P. NOWICKI,**

    **Plaintiff,**

v.                                                                                                  No. 20-cv-0045 KG/SMV

**FNU ROYBAL, NEW MEXICO DEPARTMENT
OF CORRECTIONS, THE GEO GROUP, INC.,
JOHN DOES 1–100, and ALISHA TAFOYA LUCERO,**

    **Defendants.**

**ORDER TO SHOW CAUSE**

    This matter comes before the Court *sua sponte* in connection with Plaintiff's Prisoner Civil Rights Complaint [Doc. 1].  Plaintiff filed the Complaint on January 15, 2020, while incarcerated at the Southern New Mexico Correctional Facility (SNMCF).  The New Mexico Corrections Department inmate locator website reflects Plaintiff is no longer in custody at SNMCF.  *See* https://search.cd.nm.gov/history_detail.  It appears Plaintiff may have been transferred to Lea County Correctional Facility, but he has not confirmed his current address as required by D.N.M. LR-Civ. 83.6.  If Plaintiff wishes to prosecute this action, he must confirm his current address in writing no later than July 18, 2022.  The failure to timely comply may result in dismissal of this action without prejudice.

    **IT IS ORDERED** that, no later than **July 18, 2022**, Plaintiff shall confirm his current address in writing or show cause why this action should not be dismissed for failure to prosecute.

**IT IS FURTHER ORDERED** that the Clerk's Office shall mail a copy of this Order to Plaintiff at the following address:

Jason P. Nowicki, # 81096
LCCF, GEO Group, Inc.
6900 West Millen
Hobbs, New Mexico 88244

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**UNITED STATES MAGISTRATE JUDGE**