IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JASON P. NOWICKI,

      Plaintiff,

v.                                                                            No. 20-cv-0045 KG/SMV

FNU ROYBAL, NEW MEXICO DEPARTMENT
OF CORRECTIONS, THE GEO GROUP, INC.,
JOHN DOES 1–100, and ALISHA TAFOYA LUCERO,

      Defendants.[1]

## ORDER TO PROVIDE ADDRESSES FOR DEFENDANTS

THIS MATTER is before the Court on two pieces of mail returned as undeliverable. [Docs. 11, 12]. The presiding judge ordered that Notice and waiver-of-service forms be sent to Defendants Roybal and GEO Group at the addresses provided by Plaintiff.[2] [Doc. 9]. The mail to Defendant Roybal was returned as "unable to forward/ for review." [Doc. 12]. The mail to Defendant GEO Group was returned as "not deliverable as addressed." [Doc. 11]. Plaintiff must provide updated addresses for each Defendant. *See Fields v. Okla. State Penitentiary*, ("It is the plaintiff's responsibility to provide . . . the address of the person to be served.").

---

[1] The claims against Defendants New Mexico Department of Corrections and Tafoya Lucero were dismissed with prejudice on September 2, 2022. [Doc. 9].

[2]      GEO Group, Inc.                         Case Manager Roybal
        One Park Place, Ste. 700            Guadalupe County Correctional Facility
        Boca Raton, FL 33487               1039 Agua Negra Rd
                                                      Santa Rosa, NM 88435

**IT IS THEREFORE ORDERED** that Plaintiff provide updated addresses for Defendants Roybal and GEO Group no later than **February 13, 2023**. Failure to do so may result in dismissal of the Complaint.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**